**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ROBERT G. RASMUSSEN,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA DMV, et al.,<br><br>    Defendants. | No. CV 08-1604-FMC (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's final report and recommendation, and the objections to the report and recommendation that have been filed herein by plaintiff. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The final report and recommendation is adopted.

2. Defendants' motion to dismiss is granted.

3. Plaintiff's federal claims are dismissed without leave to amend but without prejudice, and his state law claims are dismissed without leave to amend but without prejudice to bringing such claims in state court.

1      4.      Judgment shall be entered consistent with this order.

2      5.      The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: 12-17-08

*/s/ Florence-Marie Cooper*

HONORABLE FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE