# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROBERT G. RASMUSSEN, | No. CV 08-1604-FMC (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| STATE OF CALIFORNIA DMV, et al., | |
| Defendants. | |

Pursuant to the order adopting the Magistrate Judge's final report and recommendation, IT IS ADJUDGED that plaintiff's federal claims are dismissed without leave to amend but without prejudice, and plaintiff's state law claims are dismissed without leave to amend but without prejudice.

DATED: 12-17-08

_____
HONORABLE FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE