UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT G. RASMUSSEN, | No. CV 08-1604-FMC (PLA) |
| Plaintiff, | |
| v. | **ORDER ADOPTING ATTORNEY'S FEES REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| STATE OF CALIFORNIA DMV, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.

2. Defendants' Motion for Attorney's Fees is **denied**.

3. The clerk shall serve this order on all counsel or parties of record.

DATED: March 6, 2009

HONORABLE FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE